**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| REED CONSTRUCTION DATA, INC. | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Case No. 09-cv-8578 (JPO) |
|  | ) | |
| THE MCGRAW-HILL COMPANIES, INC.; | ) | REDACTED |
| JOHN DOES One through Five; and | ) | |
| JOHN DOES ENTITIES One through Five | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |
|  | ) | |

**DECLARATION OF FREDERICK R. WARREN-BOULTON**

I, Frederick R. Warren-Boulton, Ph.D., hereby declare and state as follows:

1.      I have personal knowledge and am competent to testify concerning the matters set forth below.  I understand that this declaration is being submitted in connection with the motion for summary judgment filed by the McGraw-Hill Companies, Inc. ("MHC").

2.      I am an economist and Principal with MiCRA, an economics consulting and research firm with offices at 1155 Connecticut Avenue, N.W., Washington, D.C.  I received a B.A. degree from Yale University, a M.P.A. from the Woodrow Wilson School of Princeton University, and a Ph.D. in Economics from Princeton University.  From 1972 to 1983 I was an Assistant and then Associate Professor of Economics at Washington University in St. Louis.  From 1983 to 1989, I served as the chief economist for the Antitrust Division of the U.S. Department of Justice ("DOJ"), first as Director of its Economic Policy Office and then as Deputy Assistant Attorney General for Economic Analysis.  Since leaving the government, I have served as a Resident

Scholar at the American Enterprise Institute, a Visiting Lecturer of Public and International Affairs at the Woodrow Wilson School at Princeton University, and as a Research Associate Professor of Psychology at the American University.

3.      As a principal at MiCRA, I have served as an expert witness or consultant on a number of antitrust matters, including as an expert witness for the Federal Trade Commission ("FTC") in *FTC v. Staples and Office Depot*, for the States and the Department of Justice ("DOJ") in *United States v. Microsoft* and, most recently, for the DOJ in *United States v. H&R Block*. A copy of my resume is attached as Appendix A to this report.

4.      I was retained by counsel for plaintiff Reed Construction Data, Inc. ("Reed") to serve as an expert witness in the above-captioned case to analyze: (1) whether national online construction project information ("national online CPI") subscription services in the United States comprise a relevant antitrust market; (2) whether the defendant McGraw-Hill Construction Dodge ("Dodge"), a division of Defendant McGraw-Hill Companies, Inc., ("MHC") had monopoly power in that market over the relevant period; (3) whether the alleged conduct pursued by Dodge had the anticompetitive effect of creating or maintaining monopoly power in that market; and (4) to what extent Reed was damaged by MHC's misconduct. In the process of addressing these issues, I prepared both a liability report and a damage report on September 7, 2012 and two supplemental damage reports on April 11, 2013 and July 30, 2013.

5.      In its Memorandum of Law in Support of Defendant McGraw Hill Financial, Inc.'s Motion for Summary Judgment ("SJ Memorandum"), MHC argues that Reed's antitrust claims should be dismissed because Reed has provided no evidence that MHC's conduct harmed competition. That argument ignores overwhelming evidence that demonstrates that MHC's conduct did result in significant injury to competition.

2

# Paragraphs 6 through 53

# Filed Under Seal

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of November, 2013, in Washington, D.C.

FREDERICK R. WARREN-BOULTON

26