# Appendix Figures and Tables

# Filed Under Seal