# Exhibit 1

**Exhibit 1**



**Sumanth Addanki, Ph.D.**
Senior Vice President

NERA Economic Consulting
360 Hamilton Avenue, 10th Floor
White Plains, New York  10601
Tel: 914-448-4060  Fax: 914-448-4050
sumanth.addanki@nera.com
www.nera.com

# Sumanth Addanki, Ph.D.
## *Senior Vice President*

## Education

**Harvard University**
Ph.D., Economics, 1986

**Birla Institute of Technology and Science, India**
M.A. (Hons.), Economics, 1980

## Professional Experience

**NERA Economic Consulting**
1986-    Senior Vice President (current position)

**New York University, Robert F. Wagner Graduate School of Public Service**
1997    Adjunct Assistant Professor of Public and Health Administration

**National Bureau of Economic Research Inc.**
1981-1986    Research Associate and Computer Manager

**Harvard University**
1981-1985    Instructor in Economics, Teaching Fellow, and Assistant Head Tutor

**National Council of Applied Economic Research, India**
1980    Research Associate

## Honors and Professional Activities

Associate Editor, *Antitrust Magazine*, 2001 - 2002

Vice Chair, Economics Committee at Antitrust Section of ABA, 1999 - 2000

Danforth Center Award for Excellence in Teaching, Harvard University, 1983

**Sumanth Addanki, Ph.D.**

## Testimony (2010 – 2014)

*Mylan Pharmaceuticals, Inc., et al. V. Warner Chilcott Public Limited Company, et al.,* CA12-3824 Consolidated, United States District Court for the Eastern District of Pennsylvania (Deposition Testimony), December 13, 2013.

*Reed Construction Data, Incorporated v. The McGraw-Hill Companies, Incorporated; John Does One Through Five; and John Does Entities One Through Five*, CA. 09-cv-8578 (RWS) (HP), United States District Court Southern District of New York (Deposition Testimony), March 22, July 18 and December 4, 2013.

*Marchbanks Truck Service, Inc., d/b/a/ Bear Mountain Travel Stop, Mahwah Fuel Stop, Gerald F. Krachey d/b/a Krachey's BP South, Walt Whitman Truck Stop, Inc. v. Comdata Network, Inc. d/b/a Comdata Corporation, Ceridian Corporation, Travelcenters of America LLC, TA Operating LLC, Travelcenters of America Holding Company LLC, Petro Stopping Centers, L.P., Pilot Travel Centers, LLC, Pilot Corporation, and Love's Travel Stops & Country Stores, Inc., CA. 07-1078-JKG* (Deposition Testimony), August 8, 2013.

*Abbvie Inc. and Wisconsin Alumni Research Foundation v. Hospira, Inc.*, CA. No. 11-648 (GMS), United States District Court for the District of Delaware (Deposition Testimony), July 26, 2013.

Hearing before *the Senate Judiciary Subcommittee on Antitrust, Competition Policy and Consumer Rights, "Pay-for-Delay Deals:  Limiting Competition and Costing Consumers,* July 23, 2013.

*Meso Scale Diagnostics, LLC., Meso Scale Technologies, LLC., v. Roche Diagnostics GMBH., Roche Diagnostics Corp., Roche Holding Ltd., Igen International, Inc., Igen LS LLC., Lilli Acquisition Corp., Bioveris Corp.,* CA. 5589-VCP, In the Court of Chancery of the State of Delaware, March 1, 2013.

*Body Armour, Inc. v. Body Armor Nutrition, LLC.,* CA. 1:12-CV-01283-JKB, In the United Stated District Court District of Maryland, (Deposition Testimony), February 20, 2013.

*SCA Hygiene Products Aktiebolag and SCA Personal Care, Inc. v. First Quality Baby Products, LLC, First Quality Hygienic, Inc., First Quality Products, Inc., and First Quality Retail Services, LLC,* United States District Court for the Western District of Kentucky, (Deposition Testimony), December 20, 2012.

*Kimberly-Clark Worldwide, Inc. v. First Quality Baby Products, LLC, First Quality Products, Inc., First Quality Retail Services, LLC,* CA. 1:09-cv-01685-WWC, In the United States District Court for the Middle District of Pennsylvania, (Deposition Testimony), October 23 & 24, 2012.

*James Bowman,* as next friend for, *Jameel Bowman and Melissa Gibson,* as next friend for, *Courtney Anderson,* on behalf of themselves and others similarly situated, *v. International Business Machines Corporation, ACS Human Services, LLC, Phoenix Data Corporation and*

**Sumanth Addanki, Ph.D.**

*Arbor E&T, LLC.,* CA 1:11-cv-0593 RLY-TAB, In the United States District Court Southern District of Indiana Indianapolis Division, (Deposition Testimony), July 31, 2012.

*Apotex Inc. and Apotex Corp., v. Sanofi-Aventis, Sanofi-Synthelabo, Inc., Bristol-Myers Squibb Company and Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership,* CA 11-001243, In the Seventh Judicial Circuit in and for Broward County, Florida, Complex Litigation Division, (Deposition Testimony), July 19, 2012.

*Hospira, Inc. and Orion Corporation v. Sandoz International GmbH, Sandoz Inc., and Sandoz Canada, Inc.,* CA. 3:09-cv04591 (MLB-TJB), United States District Court for the District of New Jersey, March 1, 2012.

*Mitsubishi Tanabe Pharma Corporation v. Centocor, Inc., CA* 16-048/VRO, International Chamber of Commerce International Court of Arbitration, November 10, 2011.

*United States of America, et al. ex rel. Lauren Kieff v. Wyeth,* CA 03-12366-DPW and *United States of America, et al. ex rel. William LaCorte v. Wyeth*, CA 06-11724-DPW, United States District Court for the District of Massachusetts, (Deposition Testimony), October 26, 2011.

*The Commonwealth of Massachusetts v. Mylan Laboratories, Inc., IVAX Corporation, Warrick Pharmaceutical Corporation, Watson Pharmaceuticals, Inc., Schein Pharmaceutical, Inc., Teva Pharmaceuticals USA, Inc., Par Pharmaceutical, Inc., Purepac Pharmaceutical Co., and Roxane Laboratories, Inc.*, CA.  03-11865-PBS, United States District Court for the District of Massachusetts, September, 2010.

*Dynax Corporation v. Chemguard, Inc.*, United States District Court for the Southern District of New York, Index:  06-CIV-5143 (CM)(ECF CASE), April 2010.

*Irwin Industrial Tool Company, d/b/a Bernzomatic and Newell Operating Company v. Worthington Cylinders Wisconsin, LLC, Worthington Cylinder Corporation, and Worthington Industries, Inc.* CA.  3:08-cv-00291, United States District Court, Western District of North Carolina, Charlotte Division, February 2010.

*Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., Glaxo Group Limited and Smithkline Beecham plc. v. Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o.* 07-CV-11614 (JGK), United States District Court Southern District of New York, February 2010.

*Modular Devices, Inc. v. Brookhaven Science Associates, LLC and AEi Systems, Inc.* 08 CV 3267 (LDW) (ARL), United States District Court for the Eastern District of New York (Deposition Testimony), January 2010.

## Papers and Publications (2004 – 2014)

"Activating Actavis: Economic Issues in Applying the Rule of Reason to Reverse Payment Settlements" with Henry N. Butler, in *Minnesota Journal of Law, Science & Technology*, Vol. 15, No. 1, Fall 2013, September 16, 2013.

**Sumanth Addanki, Ph.D.**

"High Court Brings Economics Back to Pay-For-Delay Analysis" with Alan Daskin and Christine Meyer, in *Law360,* published by Portfolio Media, Inc., June 17, 2013.

"Patent Settlement Agreements" with Alan J. Daskin, Chapter 85, Volume 3, in *Issues in Competition Law and Policy*, published by American Bar Association, Section of Antitrust Law, August, 2008.

"Who Defines the Relevant Market—The Core Customer or Marginal One?" with Alan Daskin, *Antitrust Insights*, National Economic Research Associates, Inc., Summer 2008.

"*Schering-Plough* and the Antitrust Analysis of Patent Settlement Agreements in Pharmaceutical Markets," *Antitrust Insights*, National Economic Research Associates, Inc., 2005 and published in Economics of Antitrust: Complex Issues in a Dynamic Economy, Chapter 4, May 2007.

"Economists Lend Insight Into Antitrust Risk," *IFLR (International Financial Law Review), Mergers and Acquisitions* , 2004.

January 2014